UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRY TYRONE FELDER,

                              Plaintiff,

            -v-

COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant.

22-CV-1152 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In accordance with this District's Standing Order governing challenges to denials of

social security benefits (*see In re: Mots. J. Pleadings Social Sec. Cases*, 16-mc-171), the

following briefing schedule applies:

- **Within 90 days of service**, the Commissioner must serve and file the Electronic
  Certified Administrative Record (e-CAR), which constitutes the Commissioner's
  answer, or otherwise move against the complaint.

- If Plaintiff wishes to file a motion for judgment on the pleadings, Plaintiff must
  do so **within 60 days** of the date on which the e-CAR was filed.  The motion must
  contain a full recitation of the relevant facts and a full description of the
  underlying administrative proceeding.

- The Commissioner must file an answer brief **within 60 days** of the filing of
  Plaintiff's motion.

- Plaintiff may file a reply **within 21 days** thereafter.

Additionally, to conserve resources, to promote judicial efficiency, and in an effort to

achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss

whether they are willing to consent, under 28 U.S.C § 636(c), to conducting all further

proceedings before a Magistrate Judge.

If both parties consent to proceed before a Magistrate Judge, counsel for the defendant

must, within two weeks of the date on which Defendant enters an appearance, email to

1

Oetken_NYSDChambers@nysd.uscourts.gov a fully executive Notice, Consent, and Reference of a Civil Action of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.  If the court approves that form, all further proceedings will then be conducted before a Magistrate Judge rather than before me.

      If either party does not consent to conducting all further proceedings before a Magistrate Judge, the parties must file a joint letter, within two weeks on which Defendant enters an appearance, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.

      SO ORDERED.

Dated: February 14, 2022
      New York, New York

_____
        J. PAUL OETKEN
     United States District Judge