

U.S. Department of Justice

*United States Attorney*
*Southern District Of New York*
*Civil Division*

c/o Social Security Administration  tel: (212) 264-4401
Office of the General Counsel  fax: (212) 264-6372
26 Federal Plaza, Room 3904  e-mail: Johanny.Santana@ssa.gov
New York, New York  10278

August 23, 2022

BY ECF

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Terry Tyrone Felder v. Commissioner of Social Security
1:22-cv-1152-JPO-BCM

Dear Judge Moses:

This Office represents the Commissioner of Social Security, defendant in the above-referenced action. We write respectfully, having communicated with Plaintiff's counsel, Daniel Berger, to advise the Court that the parties have discussed possible settlement of the matter pursuant to Your Honor's scheduling order. ECF No. 10 at 1-2. The undersigned has offered Plaintiff remand pursuant to sentence 4 of 405(g). However, the parties are still negotiating the terms of the stipulation and require additional time to do so. Unfortunately, the undersigned has been out of the office intermittently due to medical appointments and is on scheduled leave for the remainder of the week.

We respectfully request an extension of one week, or until September 2, to file the stipulation for remand in this matter. We appreciate the Court's consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:  /s/ *Johanny Santana*
Johanny Santana
Special Assistant United States Attorney

cc: BY ECF
Daniel Berger, Esq.

Application GRANTED. SO ORDERED.

[signature]

Barbara Moses
Untied States Magistrate Judge
August 24, 2022