**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TERRY T. FELDER,

               Plaintiff,                        22 **CIVIL** 1152 (BCM)

       -v-                                       **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION

               Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order of Remand dated August 31, 2022, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding.

**Dated:**  New York, New York
           September 1, 2022

                                                                 **RUBY J. KRAJICK**

                                                                                        Clerk of Court

                                 **BY:**

                                                                                         **Deputy Clerk**